UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA ROYAL,<br><br>                    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br><br>                    Defendant. | Case No. 21-cv-1612-BAS-DEB<br><br>**ORDER DIRECTING COMMISSIONER OF SOCIAL SECURITY TO FILE CERTIFIED COPY OF THE ADMINISTRATIVE RECORD** |

By this action, Cynthia Royal seeks court review of the Commissioner of Social Security ("Commissioner")'s decision to deny her application for Social Security Disability benefits. She initiated this action more than seven months ago, on September 15, 2021. (Compl., ECF No. 1.) Yet, since then, the Commissioner has not filed a certified copy of the administrative record ("CAR") in accordance with the Social Security Act. *See* 42 U.S.C. § 405(g) ("As part of the Commissioner's answer [to a civil action challenging the Commissioner's final decision] the Commissioner . . . shall file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based.").

//
//

Accordingly, the Court **ORDERS** the Commissioner to file the CAR in the instant proceeding **by no later than May 12, 2022**, or file an explanation as to why they cannot do so by that time.

**IT IS SO ORDERED.**

DATED: April 21, 2022

Hon. Cynthia Bashant
United States District Judge