1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11

CYNTHIA ROYAL,

Case No. 21-cv-1612-BAS-LR

12

Plaintiff,

**ORDER:**

13

v.

14

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration

**(1) ADOPTING REPORT AND RECOMMENDATION IN ITS ENTIRETY (ECF No. 22);**

15

16

Defendant.

**(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 15);**

17

18

19

**(3) DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT (ECF No. 19); and**

20

21

22

**(4) REMANDING FOR FURTHER PROCEEDINGS**

23

24

25

On September 15, 2021, Plaintiff Cynthia Royal ("Plaintiff") filed a complaint

26

against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security

27

("Defendant"), seeking judicial review of Defendant's decision to deny Plaintiff disability

28

insurance benefits under 42 U.S.C. § 423.  (Compl., ECF No. 1.)  Plaintiff moved for

- 1 -

1   summary judgment on June 24, 2022, seeking a remand for a new hearing and decision.

2   (ECF No. 15.)  In response, Defendant cross-moved for summary judgment, requesting

3   that the Court uphold Defendant's decision.  (ECF No. 19.)  The Court then referred this

4   matter to United States Magistrate Judge Lupe Rodriguez, Jr., who issued a Report and

5   Recommendation ("R&R") on January 23, 2023, recommending that Plaintiff's motion for

6   summary judgment be granted, that Defendant's cross-motion be denied, and that the

7   matter be remanded for further administrative proceedings.  (R&R, ECF No. 22.)

8         The time for filing objections to the R&R expired on February 13, 2023.  (R&R at

9   35.)  Both parties are represented by counsel, but to date, neither party has filed any

10   objections.

11   **I.      ANALYSIS**

12         Under 28 U.S.C. § 636(b)(1), where, as here, a district court designates a magistrate

13   judge to "hear and determine any pretrial matter pending before the court," the district

14   judge may "accept, reject, or modify, in whole or in part, the findings or recommendations

15   made by the magistrate judge."  That statute makes clear the district court must review the

16   magistrate judge's findings and recommendations *de novo* "*if objection is made*, but not

17   otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

18   Neither the Constitution nor [28 U.S.C. § 636] requires a district judge to review, *de novo*,

19   findings and recommendations that the parties themselves accept as correct."  *Id.* at 1221.

20   This rule of law is well-established within the Ninth Circuit and this district.  *See Wang v.*

21   *Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, *de novo* review of a R&R

22   is only required when an objection is made to the R&R."); *Nelson v. Glurbino*, 395 F. Supp.

23   2d 946, 949 (S.D. Cal. 2005) (adopting report in its entirety without review because neither

24   party filed objections to the report despite the opportunity to do so); *accord Schmidt v.*

25   *Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no

26   objections were filed, the district court had no obligation to review the magistrate judge's

27   report).

28

In this case, the deadline for filing objections was February 13, 2023.  However, no objections have been filed and neither party has requested additional time to do so.  Consequently, the Court may adopt the R&R on that basis alone.  *See Reyna-Tapia*, 328 F.3d at 1121.  Nonetheless, having conducted a *de novo* review of the parties' competing motions for summary judgment and the R&R, this Court concludes Judge Rodriguez's reasoning is sound and accurate in recommending that this Court grant Plaintiff's motion for summary judgment, deny Defendant's cross-motion for summary judgment, and remand this action to the Administrative Law Judge for further proceedings.  Therefore, the Court hereby approves and **ADOPTS IN ITS ENTIRETY** the R&R.  *See* 28 U.S.C. § 636(b)(1).

## II.    CONCLUSION & ORDER

Having reviewed the R&R and there being no objections, the Court **ADOPTS IN ITS ENTIRETY** the R&R.  (ECF No. 22).  Accordingly, the Court further **GRANTS** Plaintiff's motion for summary judgment (ECF No. 15), **DENIES** Defendant's cross-motion for summary judgment (ECF No. 19), and **REMANDS** this action for further proceedings consistent with this Order and the R&R.

    **IT IS SO ORDERED.**

**DATED: February 14, 2023**

Hon. Cynthia Bashant
United States District Judge

21cv1612